Harris Liolis, Esq.
Liolis & Katsihtis, LLP
31-10 37th Avenue, Suite 301
Long Island City, NY 11101
Tel: (718) 274-6333
Email: HL@LKAWLLP.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X  Case No.: 1:24-cv-6583

LESALDO SHALTO,

**NOTICE OF APPEARANCE**

Plaintiff,

-against-

JOHN'S PANINI GRILL INC.,
AND 38-01 VERNON BLVD., LLC

Defendants.
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that LIOLIS & KATSIHTIS, LLP hereby appear as counsel for Defendant, 38-01 VERNON BLVD., LLC, in connection with the above-captioned action. Please forward all future correspondence and litigation documents to the attention of the undersigned at the office and post office address stated below.

Dated: Long Island City, New York
December 4, 2024

**LIOLIS & KATSIHTIS, LLP**
*Attorneys for Defendant*
*38-01 Vernon Blvd., LLC*

By: /s/ Harris Liolis
Harris Liolis (HL 2506)
31-10 37th Avenue, Suite 301
Long Island City, New York
Tel: 718-274-6333