UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LESALDO SHALTO,

                             Plaintiff,

          -against-

JOHN'S PANINI GRILL INC., and
38-01 VERNON BLVD, LLC,

                        Defendants.
--------------------------------------------------------X

*Civil Action No.*

1:24-cv-06583-PK

## <u>NOTICE OF SETTLEMENT</u>

PLEASE TAKE NOTICE that Plaintiff, **LESALDO SHALTO** and Defendants,

**JOHN'S PANINI GRILL INC.** and **38-01 VERNON BLVD, LLC,** hereby notify this

Honorable Court that settlement has been reached in principle in the above-referenced case

among the parties. The parties are drafting the necessary documents and expect to finalize the

agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be

issued.

Dated: January 8, 2025

By:_____
     Bradly G. Marks
     The Marks Law Firm, PC
     155 E 55th Street, Suite 4H
     New York, NY 10022
     T:(646) 770-3775