UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LESALDO SHALTO,

              Plaintiff,

       v.

JOHN'S PANINI GRILL INC.,
and 38-01 VERNON BLVD, LLC,

              Defendants.

Case No. 1:24-cv-06583-PK

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Lesaldo Shalto ("Plaintiff") and Defendants, John's Panini Grill Inc. and 38-01 Vernon Blvd, LLC ("Defendants"), by and through Plaintiff's undersigned counsel and Defendants' undersigned counsel, hereby stipulate and agree that this action and all crossclaims shall be **DISMISSED WITH PREJUDICE** against all Defendants. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
       January 27, 2025

**ALI LAW ASSOCIATES, P.C.**

By _____
   Mohammad Ali, Esq.
   430 West Merrick Road, Ste 9
   Valley Stream, NY 11580
   Telephone: (917) 213-4922
   *Attorneys for Defendant*
   **JOHN'S PANINI GRILL INC.**

**LIOLIS & KATSIHTIS, LLP**

By _____
   Harris Liolis, Esq.
   31-10 37th Avenue, Suite 301
   Long Island City, NY 11101
   Telephone: (718) 274-6333
   *Attorneys for Defendant*
   **38-01 VERNON BLVD, LLC**

**THE MARKS LAW FIRM, P.C.**

By _____
   Bradly G. Marks, Esq.
   155 East 55th Street, Suite 4H
   New York, NY 10022
   Telephone: (646) 770-3775
   *Attorneys for Plaintiff*
   **LESALDO SHALTO**